UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEROME CEASAR ALVERTO,

                Plaintiff,

v.

MARGARET GILBERT, MELIDA FERRELL, BLUMBERG,

                Defendants.

No. 3:18-CV-05573-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation (Dkt. 37) and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 36).

(2) Defendants' Motion for Summary Judgment (Dkt. 18) is granted. Plaintiff's § 1983 claims are dismissed with prejudice, and Plaintiff's state law claims are dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 2nd day of July, 2019

                /s/ Robert J. Bryan
                ROBERT J. BRYAN
                United States District Judge